ROSE KLEIN, Suing as a Stockholder of and on Behalf of KLEIN'S OUTLET, INC., v. KLEIN'S OUTLET, INC., et al.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs, and stay vacated. [See *ante*, p. 27.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 848.]

(June 28, 1944.)

GUSTAVE S. JACOBSON, Appellant, *v.* VICTOR JACOBSON, Respondent.

*Per Curiam.* There is here a controversy as to the existence, the content and effect of the oral agreement. Whether the contract, if made, is void and unenforcible under the Statute of Frauds (Personal Property Law, § 31, subd. 1), can be best determined upon a trial of the issues.

The order and the judgment should be reversed, with costs, and the motion for summary judgment denied.

Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Judgment and order unanimously reversed, with costs, and the motion denied. [See *post*, p. 848.]

In the Matter of SOPHIE CURTIN, Respondent, against JOHN J. DORMAN, as Former Fire Commissioner of the City of New York and Trustee of the Fire Department Pension Fund of the City of New York, et al., Appellants.

*Per Curiam.* We are in accord with the ruling of the court at Special Term that the Commissioner exceeded his authority in revoking the pension which had been awarded to the respondent without giving her an opportunity to be heard.

However, respondent's failure to institute this proceeding within six years after the pension allowance became due, in view of the Statute of Limitations, deprives her of the right to be reimbursed for anything prior to the last six years after each payment became due.

Consequently the order should be modified so as to provide payments covering the last six years prior to the institution of the proceeding, and as so modified affirmed, with twenty dollars costs and disbursements to the petitioner-respondent.

Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Order unanimously modified so as to provide payments covering the last six years prior to the institution of the proceeding, and as so modified affirmed, with twenty dollars costs and disbursements to the petitioner-respondent. Settle order on notice.